In re Frank MANCHAK, Jr.
Multidistrict Patent
Litigation.

Frank Manchak, Jr., Plaintiff–
Appellant,

v.

Atlantic Richfield Company,
Defendant–Appellee,

and

Morrison Knudsen Corporation, District
of Columbia Water and Sewer Author-
ity, and Agronomics Management
Group, Inc., Defendants.

No. 02–1463.

United States Court of Appeals,
Federal Circuit.

DECIDED: June 27, 2002.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).